### 10528.  ENGLISH *et al.* v. ROSENKRANTZ.

Under the ruling of the Supreme Court reviewing on certiorari the judgment of this court in this case, that judgment must be vacated; and the judgment of the superior court is reversed on the main bill of exceptions and affirmed on the cross-bill of exceptions.

DECIDED APRIL 11, 1922.

Action on contract; from Fulton superior court — Judge Pendleton.  February 11, 1919.

*Brewster, Howell & Heyman, Mark Bolding,* for English *et al.*

*V. A. Batchelor, Spalding, MacDougald & Sibley,* contra.

BLOODWORTH, J.  An opinion in this case was rendered by this court, affirming the judgment of the superior court on both the main and the cross-bill of exceptions.  See *English* v. *Rosenkrantz,* 26 *Ga. App.* 234 (105 S. E. 729).  A writ of certiorari was granted by the Supreme Court; and upon a hearing of the cause that court affirmed the ruling of this court as to the cross-bill of exceptions, and reversed our ruling as to the main bill of exceptions, holding that " it was error to overrule the demurrer to the petition as amended."  For the full opinion see 152 *Ga.* 726 (111 S. E. 198).  Under this ruling the judgment formerly rendered by this court must be vacated; and the judgment of the superior court is reversed upon the main bill of exceptions, and affirmed upon the cross-bill.          *Broyles, C. J., and Luke, J., concur.*